L. Paul Mankin (SBN 264038)
The Law Office of L. Paul Mankin IV
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 323-207-3885
pmankin@paulmankin.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBRA SIMMONS, an individual,** ) | Case No.: **2:15-cv-01369-WBS-EFB** |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **MIDLAND CREDIT** ) | |
| **MANAGEMENT, INC.; and DOES 1** ) | |
| **through 10, inclusive,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled.  Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation.  A Voluntary Dismissal will be forthcoming.  This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 8th day of October 2015.

By: /s/L. Paul Mankin
L. Paul Mankin
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

Filed electronically on this 8th day of October 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable William B. Shubb
United States District Court
Eastern District of California

Peter J. Caltagirone, Esq.
Solomon Ward Seidenwurm & Smith, LLP
Attorney for Defendant

This 8th day of October 2015

/s/L. Paul Mankin
L. Paul Mankin