L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBRA SIMMONS, an individual,** | Case No. **2:15-cv-01369-WBS-EFB** |
| Plaintiff, | **ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1 through 10, inclusive,** | |
| Defendant. | |

The Court has reviewed the Stipulation of Plaintiff, DEBRA SIMMONS, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**

Dated:  November 5, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE